NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAUL SANTIAGO,                        )
                                      )
              Appellant,              )
                                      )
v.                                    )        Case No. 2D18-2073
                                      )
STATE OF FLORIDA,                     )
                                      )
              Appellee.               )
_____)

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Barbara Twine
Thomas, Judge.

PER CURIAM.

              Affirmed.

SILBERMAN, BLACK, and BADALAMENTI, JJ., Concur.